by George C. Van Tuyl, Jr., as superintendent, etc., against the People's Surety Company, impleaded with others. No opinion. Motion granted. Questions certified as stated in order. Order filed.

VAN TUYL v. ROBIN et al. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by George C. Van Tuyl against Joseph G. Robin and another. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 N. Y. Supp. 121.

VIELE, Respondent, v. FT. MILLER PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Franklin J. Viele against the Ft. Miller Pulp & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GASLIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by the Village of Fredonia against the Fredonia Natural Gaslight Company and others. No opinion. Motion granted for stay pending determination of appeal. See, also, 145 N. Y. Supp. 820.

VISCHER'S FERRY BRIDGE CO., Appellant, v. ACME ENGINEERING & CONTRACTING CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by the Vischer's Ferry Bridge Company against the Acme Engineering & Contracting Company and others. No opinion. Order affirmed. Judgment affirmed, with costs.

WALBAUM, Appellant, v. LOCKHART, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Henry C. Walbaum against James Lockhart. No opinion. Judgment and order affirmed with costs. See, also, 149 App. Div. 937, 134 N. Y. Supp. 1149.

WERNER, Respondent, v. NOETH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by George Werner against George E. Noeth.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. The judgment is erroneous, in that it requires defendant to specifically perform the contract, without requiring plaintiff to perform on his part by furnishing to defendant the title and tax searches and map or survey specified in the contract; there being no finding that this part of the contract has been either performed or waived.

WEYL, Appellant, v. ROSENBERGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Maria M. Weyl, as administratrix, etc., against Carrie K. Rosenberger.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and FOOTE, J., dissent, upon the grounds that the plaintiff made out a prima facie case and that the motion for a nonsuit was improperly granted.

WHITE, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Margaret White, as administratrix, etc., against the city of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, P. J., dissents. LAMBERT, J., not sitting.

WHITEHALL WATER POWER CO., Limited, et al., Respondents, v. ATLANTIC, GULF & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by the Whitehall Water Power Company, Limited, and another against the Atlantic Gulf & Pacific Company. No opinion. Appeal dismissed. See, also, 145 N. Y. Supp. 567.

WHITEMAN, Respondent, v. GUILE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1913.) Action by George E. Whiteman against Wesley R. Guile. No opinion. Judgment and order affirmed, with costs.

WHITESIDE, Respondent, v. LEVY, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Arthur D. Whiteside against Morris Levy, impleaded with others. W. F. Severance, of New York City, for appellant. C. E. Kelley, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WHITING, Respondent, v. GLASS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Myron W. Whiting against Allie J. Glass. No opinion. Judgment (81 Misc. Rep. 402, 142 N. Y. Supp. 512) and order affirmed, with costs.

WHITMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Hiram Whitman against the Brooklyn Heights Railroad Company. No opinion. Order of the County Court of Kings county unanimously affirmed, with costs.